ARTHUR G. WOODWARD (Cal. SBN 142914)
**REYNOLDS MADDUX WOODWARD LLP**
500 Auburn Folsom Road, Suite 210
Auburn, CA 95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113
Email: awoodward@rmwlawllp.com

Attorneys for Defendant K.O.O. CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT FOR THE USE AND BENEFIT OF AVCON CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> K.O.O CONSTRUCTION INC.; TRAVELERS CASUALTY AND SURETY COMPANY; and DOES 1-50 <br><br> Defendants. | Case No.: 2:16-cv-00478-TLN-KJN <br><br> **STIPULATION TO EXTEND DISCOVERY DEADLINES AND ORDER THEREON** |

    The parties to this action hereby stipulate and agree to extend the discovery cutoff dates in this action for 60 days. Good cause exists for doing so, because the parties are actively pursuing mediation in this case and having to undertake discovery while doing so would impede mediation efforts.

    The deadline to complete discovery, as set forth in the Court's Pre-Trial Scheduling Order dated January 20, 2017 (Docket no. 15) at page 2, lines 3-8, is therefore stipulated to be continued from November 17, 2017 to January 16, 2018. The deadline for designating expert witnesses as set forth Court's January 20, 2017 Pre-Trial Scheduling Order at page 2, line 14 to page 4, line 18 is stipulated to be

continued from January 16, 2018 to March 19, 2018.

Dated: October 13, 2017 **BORBA FRIZZELL KERNS**

By: /s/ John Borba *as authorized 10/13*
John Borba

Attorneys for Plaintiff
UNITED STATES GOVERNMENT for the use and benefit of AVCON CONSTRUCTORS, INC.

Dated: October 13, 2017 **REYNOLDS MADDUX & WOODWARD**

By: /s/ Arthur Woodward
Arthur Woodward

Attorneys for Defendant
K.O.O. CONSTRUCTION, INC.

Dated: October 13, 2017 **SMTD LAW LLP**

By:/s/Michael J. Timpane *as authorized 10/13*
Michael J. Timpane
Edward R. Stepans

Attorney for Defendant
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

**IT IS SO ORDERED.**

DATED: October 17, 2017

Troy L. Nunley
United States District Judge