John E. Borba, Esq. [SBN: 169463]
Kristen Frizzell Kerns, Esq. [SBN: SBN 221384]
Borba Frizzell Kerns, P.C.
50 Old Courthouse Square, Ste. 605
Santa Rosa, CA 95404
(707) 578-7000
(707) 578-7003 Fax

Attorneys for Plaintiff
Avcon Constructors, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT FOR THE USE AND BENEFIT OF AVCON CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> K.O.O CONSTRUCTION INC.; TRAVELERS CASUALTY AND SURETY COMPANY; and DOES 1-50 <br><br> Defendants. | Case No.: 16-cv-00478-TLN-KJN <br><br> **STIPULATION TO EXTEND DISCOVERY DEADLINES** |

The parties to this action hereby stipulate and agree to extend the discovery cutoff dates in this action for 90 days. Good cause exists for doing so, because the law office of Borba Frizzell & Kerns representing plaintiff, AVCON CONSTRUCTORS, Inc., located in Santa Rosa, was significantly impacted by the destructive fires in and around Santa Rosa. Not only was the office closed or functioning in just a limited capacity during the fires, but a Shareholder, Kristen Frizzell Kerns, who is the attorney who handles

the day to day activities of this matter and a paralegal, suffered severe property loss as well, which caused continuing disruption after the fires as well.

The parties realize that this is the second extension of time stipulated in this case. The parties have agreed to mediate the case and are working on the selection of a mediator. If the case is not resolved through mediation, the parties commit to work co-operatively in good faith between themselves and with the Court to solve any problems that may arise out of this unforeseen setback to the prosecution of this lawsuit. Trial in this matter is set for October 15, 2018. The parties are not seeking a continuance of the trial date.

The deadline to complete discovery, as set forth in the Stipulation to Extend Discovery Deadlines and Order dated October 17, 2017 (Docket no. 17), is therefore stipulated to be continued from January 16, 2018 to April 13, 2018.

The deadline for designating expert witnesses as set in the Stipulation to Extend Discovery Deadlines and Order dated October 17, 2017 (Docket no. 17) is stipulated to be continued from March 19, 2018 to April 23, 2018.

////

////

////

Dated:  January 4, 2018     **BORBA FRIZZELL KERNS**

                             By:  /s/ John Borba
                                  John Borba

                                  Attorneys for Plaintiff
                                  UNITED STATES GOVERNMENT for
                                  the use and benefit of AVCON
                                  CONSTRUCTORS, INC.

Dated:  January 4, 2018     **REYNOLDS MADDUX  WOODWARD**

                             By:  /s/ Arthur Woodward
                                  Arthur Woodward

                                  Attorneys for Defendant
                                  K.O.O. CONSTRUCTION, INC.

Dated:  January 4, 2018     **SMTD LAW LLP**

                             By:  /s/ Edward R. Stepans
                                  Michael J. Timpane
                                  Edward R. Stepans

                                  Attorney for Defendant
                                  TRAVELERS CASUALTY AND
                                  SURETY COMPANY OF AMERICA

**IT IS SO ORDERED.**

Dated: January 11, 2018

_____
Troy L. Nunley
United States District Judge