John E. Borba, Esq. [SBN: 169463]
Kristen Frizzell Kerns, Esq. [SBN: SBN 221384]
Borba Frizzell Kerns, P.C.
50 Old Courthouse Square, Ste. 605
Santa Rosa, CA 95404
(707) 578-7000
(707) 578-7003 Fax

Attorneys for Plaintiff
Avcon Constructors, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT FOR THE USE AND BENEFIT OF AVCON CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> K.O.O CONSTRUCTION INC.; TRAVELERS CASUALTY AND SURETY COMPANY; and DOES 1-50 <br><br> Defendants. | Case No.: 16-cv-00478-TLN-KJN <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

The parties to this action hereby stipulate and agree to extend the discovery cutoff dates in this action for 21 days. Good cause exists for doing so, because the parties have scheduled a mediation with the Sacramento JAMS office on March 15, 2018. The parties believe that the prospect of settlement would greater if the time and expense of conducting extensive discovery could be avoided.

If the case is not resolved through mediation, the parties commit to work co-operatively in good faith

between themselves and with the Court to solve any problems that may arise out of this short discovery hiatus. Trial in this matter is set for October 15, 2018. The parties are not seeking a continuance of the trial date.

The deadline to complete discovery, as set forth in the Stipulation to Extend Discovery Deadlines and Order dated January 11, 2018 (Docket no. 21), is therefore stipulated to be continued from April 13, 2018 to May 4, 2018.

The deadline for designating expert witnesses as set in the Stipulation to Extend Discovery Deadlines and Order dated January 11, 2018 (Docket no. 21), is stipulated to be continued from April 23, 2018 to May 14, 2018.

Dated: February 26, 2018 **BORBA FRIZZELL KERNS**

By: /s/ John Borba
John Borba

Attorneys for Plaintiff
UNITED STATES GOVERNMENT for the use and benefit of AVCON CONSTRUCTORS, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: February 26, 2018 **REYNOLDS MADDUX WOODWARD**

By: /s/ Arthur Woodward
Arthur Woodward

Attorneys for Defendant
K.O.O. CONSTRUCTION, INC.

Dated: February 26, 2018 **SMTD LAW LLP**

By: /s/ Edward R. Stepans
Michael J. Timpane
Edward R. Stepans

Attorney for Defendant
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

**IT IS SO ORDERED.**

Dated: March 1, 2018

_____
Troy L. Nunley
United States District Judge