John E. Borba, Esq. [SBN: 169463]
Kristen Frizzell Kerns, Esq. [SBN: SBN 221384]
Borba Frizzell Kerns, P.C.
50 Old Courthouse Square, Ste. 605
Santa Rosa, CA 95404
(707) 578-7000
(707) 578-7003 Fax

Attorneys for Plaintiff
Avcon Constructors, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT FOR THE USE AND BENEFIT OF AVCON CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> K.O.O CONSTRUCTION INC.; TRAVELERS CASUALTY AND SURETY COMPANY; and DOES 1-50 <br><br> Defendants. | Case No.: 16-cv-00478-TLN-KJN <br><br> **STIPULATION TO EXTEND DISCOVERY DEADLINES** |

The parties to this action hereby stipulate and agree to extend the discovery cutoff dates in this action until June 15, 2018. Good cause exists for doing so. The parties attended a mediation with the Sacramento JAMS office on March 15, 2018. The matter did not settle and the parties served written discovery. The parties would like to extend the discovery cut-off date so that depositions can be taken with sufficient time to review the discovery responses, which were served on May 11, 2018.

1      The parties will not be filing dispositive motions and will therefore not be seeking an amendment to the Pretrial Scheduling Order deadline for the dispositive motion hearing deadline of May 17, 2018. The parties will commit to work co-operatively in good faith between themselves and with the Court to solve any problems that may arise out of this short discovery extension. The deadline for filing the Joint Final Pretrial Statement is August 16, 2018. The Parties are not seeking a change to that deadline. Trial in this matter is set for October 15, 2018. The parties are not seeking a continuance of the trial date.

     The deadline to complete discovery, as set forth in the Stipulation to Extend Discovery Deadlines and Order dated March 2, 2018 (Docket no. 23), is therefore stipulated to be continued from May 4, 2018 to June 15, 2018.

     The deadline for designating expert witnesses as set in the Stipulation to Extend Discovery Deadlines and Order dated March 2, 2018 (Docket no. 23), is stipulated to be continued from May 14, 2018 to June 25, 2018.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: May 29, 2018     **BORBA FRIZZELL KERNS** |
| 3 | |
| 4 | By: /s/ John Borba<br>John Borba |
| 5 | |
| 6 | Attorneys for Plaintiff<br>UNITED STATES GOVERNMENT for the use and benefit of AVCON CONSTRUCTORS, INC. |

```
1   IT IS SO STIPULATED.

2   Dated:  May 29, 2018         BORBA FRIZZELL KERNS
3
4                                By:  /s/ John Borba
                                 John Borba
5
                                     Attorneys for Plaintiff
6                                    UNITED STATES GOVERNMENT for
7                                    the use and benefit of AVCON
                                     CONSTRUCTORS, INC.
8

9   Dated:  May 29 , 2018 REYNOLDS MADDUX   WOODWARD

10                               By:  /s/ Arthur Woodward
11                                   Arthur Woodward
                                     Attorneys for Defendant
12                                   K.O.O. CONSTRUCTION, INC.
13

14  Dated:  May 29, 2018         SMTD LAW LLP
15
16                               By:  /s/ Lyndon Y. Chee
                                     Edward R. Stepans
17                                   Lyndon Y. Chee

18
                                     Attorney for Defendant
19                                   TRAVELERS CASUALTY AND
                                     SURETY COMPANY OF AMERICA
20

21
    IT IS SO ORDERED.
22
    DATED: June 2, 2018
23

24

25
                                     [signature]
26
                                     _____
                                     Troy L. Nunley
27                                   United States District Judge

28
```