UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVCON CONSTRUCTORS, INC, <br><br> Plaintiff, <br><br> v. <br><br> K.O.O CONSTRUCTION INC.; AND TRAVELERS CASUALTY & SURETY COMPANY, <br><br> Defendants. | No. 2:16-CV-00478-TLN-KJN <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties have settled all claims in this case. (ECF Nos. 36, 38 at 1.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties submitted a joint stipulation for this Court to dismiss with prejudice this action, including all claims and counterclaims, with each party to bear its own attorney's fees and costs. (ECF No. 38 at 1.)

The Court hereby APPROVES the stipulation, and DISMISSES this entire action with prejudice. The Clerk of the Court is directed to TERMINATE this case.

IT IS SO ORDERED.

Dated: November 14, 2018

Troy L. Nunley
United States District Judge

1